IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01496-REB-MJW

JAMES L. CALER,

Plaintiff,

v.

AXA DISTRIBUTORS LLC and
AXA EQUITABLE LIFE INSURANCE COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Joint Motion for Entry of Protective Order (docket no. 22) is GRANTED finding good cause shown. The written Protective Order (docket no. 22-1) is APPROVED and made an Order of Court.

Date: September 9, 2014