IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01496-REB-MJW

JAMES L. CALER,

Plaintiff,

v.

AXA DISTRIBUTORS LLC and
AXA EQUITABLE LIFE INSURANCE COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order (docket no. 24) is GRANTED finding good cause shown.  The Amended Scheduling Order (docket no. 24-1) shall supercede the original Scheduling Order (docket no. 16).

Date: September 9, 2014