IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01496-REB-MJW

JAMES L. CALER,

Plaintiff,

v.

AXA DISTRIBUTORS LLC and
AXA EQUITABLE LIFE INSURANCE COMPANY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend the Scheduling Order to Extend the Deadline to Complete Discovery and to File Dispositive Motions (Docket No. 45) is granted. Accordingly, the Amended Scheduling Order (Docket No. 29) is amended as follows. Fact and expert discovery shall be completed by June 25, 2015, and dispositive motions shall be filed on or before July 14, 2015.

Date: May 12, 2015