IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01496-REB-MJW

JAMES L. CALER,

    Plaintiff,

v.

AXA DISTRIBUTORS LLC and
AXA EQUITABLE LIFE INSURANCE COMPANY,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE** (Docket No 49)

---

THIS MATTER, having come before the Court on Defendants' Joint Motion to Extend Discovery Cutoff and Dispositive Motion Deadline (the "Motion"), and the Court, being duly advised in the premises, hereby

GRANTS the Motion. The discovery cutoff is extended from June 25, 2015 up through and including July 15, 2015, and the dispositive motion deadline is extended from July 14, 2015 up through and including August 3, 2015.

DATED: June 25th, 2015.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO