**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01496-REB-MJW

JAMES L. CALER,

    Plaintiff,

v.

AXA DISTRIBUTORS, LLC and
AXA EQUITABLE LIFE INSURANCE COMPANY,

    Defendants.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Defendants' Motion for Summary Judgment** [#53][2] filed August 3, 2015. On February 4, 2016, the parties filed their **Joint Notice of Settlement** [#66]. Dismissal papers are due to be filed by March 25, 2016. After reviewing the motion, the file, and the record, it is

**ORDERED** that the **Defendants' Motion for Summary Judgment** [#53] filed August 3, 2015, is denied as moot.

Dated: March 9, 2016.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.