# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-01496-REB-MJW

JAMES L. CALER,

     Plaintiff,

v.

AXA DISTRIBUTORS LLC, and
AXA EQUITABLE LIFE INSURANCE COMPANY,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Joint Stipulation for Dismissal** [#72],[1] filed March 11, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Joint Stipulation for Dismissal** is approved; and

     2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

     Dated March 14, 2016, at Denver, Colorado.

                     **BY THE COURT:**

                     */s/ Bob Blackburn*
                     Robert E. Blackburn
                     United States District Judge

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.